UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO S. PARDO, M.D.; RICARDO JOAQUIN; FRANCISCO PARDO; MARIA-AMELIA PARDO; and VICTOR PARDO,<br><br>Plaintiffs,<br><br>v.<br><br>THE COUNTY OF SAN DIEGO; REINA LOPEZ; THOMAS RUFF; LONNIE LAU; KIM GIARDIA; DHHS DIRECTOR; NICK MACCHIONE; and DOES 1–50,<br><br>Defendants. | Case No.: 24-CV-1062 JLS (SBC)<br><br>**ORDER (1) ACCEPTING PLAINTIFFS' SECOND AMENDED COMPLAINT, AND (2) GRANTING DEFENDANT'S *EX PARTE* MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>(ECF Nos. 19, 20) |

Presently before the Court is Defendant County of San Diego's *Ex Parte* Motion for Extension of Deadline to Respond to Plaintiffs' Second Amended Complaint ("Mot.," ECF No. 20). Defendant requests an additional two weeks to answer or otherwise respond to Plaintiffs' Second Amended Complaint ("SAC," ECF No. 19)—filed on December 20, 2024—due to the December holidays and Plaintiffs' failure to comply with Civil Local Rule 15.1(c), which requires "[a]ny amended pleading filed after the granting of a motion to dismiss . . . [to] be accompanied by a version of that pleading that shows—through redlining, underlining, strikeouts, or other similarly effective typographic methods—how

that pleading differs from the previously dismissed pleading." The Court notes Plaintiffs' noncompliance with Civil Local Rule 15.1(c), but it also notes Defendant's noncompliance with Civil Local Rule 83.3(g)(2), which prohibits *ex parte* motions from being filed without an affidavit or declaration attesting to the party's attempt at informing the opposing party of the motion or specifying why notice to the opposing party should not be required. While both Plaintiffs' and Defendant's failure to comply with the Civil Local Rules are grounds to reject their filings, *see Kashin v. Kent*, No. 02CV2495LAB(WMC), 2007 WL 1975435, at *1 (S.D. Cal. Apr. 26, 2007), *aff'd*, 342 F. App'x 341 (9th Cir. 2009); *see also* S.D. Cal. CivLR 83.1(a) (providing that failure to comply with the Civil Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or rule or within the inherent power of the Court"), the Court, in its discretion and good cause appearing, **ACCEPTS** Plaintiffs' SAC, **ACCEPTS** Defendant's *Ex Parte* Motion, and **GRANTS** Defendant's *Ex Parte* Motion (ECF No. 20).

Defendant County of San Diego **SHALL FILE** an answer or otherwise respond to the SAC on or before January 17, 2025. However, the Court cautions the Parties to comply with the Civil Local Rules henceforth.

**IT IS SO ORDERED.**

Dated: January 3, 2025

Hon. Janis L. Sammartino
United States District Judge